**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VOLCANO DEVELOPERS, LLC, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> BONNEVILLE MORTGAGE COMPANY, et al, ) <br> ) <br> Defendants. ) | Case No. 2:11-cv-00504-GMN-PAL <br><br> **ORDER** <br><br> (Substitution of Counsel - Dkt. #47) |

This matter is before the court on a Substitution of Attorneys (Dkt. #47) filed January 11, 2012. It seeks to substitute Neil B. Durrant in the place and stead of Elizabeth Skane as attorney for Defendant Bonneville Mortgage Company in this matter. LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature of the attorneys and the client represented. It provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." This case was removed to this court on April 5, 2011. The discovery plan and scheduling order deadlines have been extended and the deadline for completing discovery is **February 16, 2012**.

**IT IS ORDERED** that Defendant Bonneville Mortgage Company's request to substitute Neil B. Durrant in the place and stead of Elizabeth Skane is GRANTED, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 11th day of January, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE