NEIL B. DURRANT, ESQ.
Nevada Bar No. 7324
A. ROMAN PACHECO, ESQ.
Nevada Bar No. 9886
JOHNS & DURRANT LLP
316 E. Bridger Ave., Second Floor
Las Vegas, Nevada 89101
Telephone – (702) 834-5000
Facsimile – (702) 834-5001
arpacheco@johnsdurrantlaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VOLCANO DEVELOPERS LLC, a Nevada Limited Liability Company, DANIEL ITZHAKI, ELI ELEZRA, Individually and on behalf of the ELEZRA FAMILY TRUST, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BONNEVILLE MORTGAGE COMPANY, Q-10 Capital LLC Partner, STANCORP MORTGAGE INVESTORS LLC, and Oregon Limited Liability Company, et al.,<br><br>　　　　Defendants. | Case No.: 2:11-cv-00504-GMN-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT BONNEVILLE MORTGAGE COMPANY WITH PREJUDICE** |

### STIPULATION

Plaintiffs Volcano Developers LLC, Daniel Itzhaki, Eli Elezra individually and on behalf of the Elezra Family Trust, Hila Elezra, and Oden Wolfe ("Plaintiffs") and Defendant Bonneville Mortgage Company erroneously sued as Bonneville Mortgage Company, Q-10 Capital LLC Partner ("Bonneville") by and through their respective counsel of record, hereby agree and stipulate that all claims between Plaintiffs and Defendant Bonneville that were or could have been

/ / /

asserted in this matter shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: This 28th day of February, 2012.          Dated: This 2nd day of ~~February~~ March, 2012.

By: _____              By: _____
  Sigal Chattah, Esq.                              Neil B. Durrant, Esq.
  Nevada Bar No. 8264                              Nevada Bar No. 7324
  Law Offices of Sigal Chattah                     A. Roman Pacheco, Esq.
  5875 S. Rainbow Blvd.                            Nevada Bar No. 9886
  Las Vegas, Nevada 89118                          JOHNS & DURRANT LLP
  *Attorneys for Plaintiffs*                       316 E. Bridger Ave., Second Floor
                                                   Las Vegas, Nevada 89101
                                                   *Attorneys for Defendant Bonneville Mortgage Company*

## ORDER

**IT IS HEREBY ORDERED** that Defendant Bonneville Mortgage Company erroneously sued as Bonneville Mortgage Company, Q-10 Capital LLC Partner is hereby **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that Defendant Bonneville Mortgage Company's Motion [52] to Dismiss is hereby **DENIED as moot**.

**DATED** this 5th day of March, 2012.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

_____
Neil B. Durrant, Esq.
Nevada Bar No. 7324
A. Roman Pacheco, Esq.
Nevada Bar No. 9886
JOHNS & DURRANT LLP
316 E. Bridger Ave., Second Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant Bonneville Mortgage Company*