Keegan G. Low, ESQ.
Nevada Bar No. 307
Stefanie Sharp, ESQ.
Nevada Bar No. 8661
Robison, Belaustegui, Sharp & Low
71 Washington Street
Reno, NV 89503
Tel: (775) 329-3151
Fax: (775-329-7941

*Attorneys for Defendants*
*StanCorp Mortgage Investors LLC,*
*Standard Insurance Company and Standard Life*
*Insurance Company of New York*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA
(LAS VEGAS DIVISION)

| | |
|---|---|
| VOLCANO DEVELOPERS LLC, a Nevada Limited Liability Company, DANIEL ITZHAKI, ELI ELEZRA, individually and on behalf of the ELEZRA FAMILY TRUST, ODEN WOLFE and VOLCANO DEVELOPERS LLC and HILA ELEZRA, individually and on behalf of ELEZRA FAMILY TRUST,<br><br>             Plaintiffs,<br>v.<br><br>BONNEVILLE MORTGAGE COMPANY, Q-10 Capital LLC Partner, STANCORP MORTGAGE INVESTORS LLC, an Oregon Limited Liability Company, STANDARD INSURANCE COMPANY, an Oregon Corporation, STANDARD LIFE INSURANCE COMPANY OF NEW YORK, a New York Stock Life Insurance Company, DOE individuals I through XX, and ROE CORPORATIONS I through XX,<br><br>             Defendants. | CASE NO. 2:11-cv-00504<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Please take Notice that pursuant to Federal Rule of Civil Procedure 41(a)(I)(A)(ii), Plaintiffs, Volcano Developers LLC, a Nevada Limited Liability Company, Daniel Itzhaki, Eli Elezra, individually and on behalf of Elezra Family Trust, Hila Elezra, individually and on behalf of the Elezra Family Trust and Defendants, Stancorp Mortgage Investors LLC, an Oregon Limited Liability Company, Standard Insurance Company, an Oregon Corporation, and Standard Life Insurance Company of New York, a New York Stock Life Insurance Company by and through their undersigned counsel hereby stipulate to the voluntary dismissal of the Amended Complaint, ECF 49, with prejudice. Pursuant to the Amended Complaint, ECF 49, filed by Plaintiffs in this matter on January 26, 2012, Oden Wolfe is no longer a Plaintiff in this action. The parties further stipulate and agree that each party will bear their own costs and attorney fees.

DATED: this 2nd day of August, 2013

| ROBISON, BELAUSTEGUI, SHARP & LOW | LAW OFFICES OF SIGAL CHATTAH |
|---|---|
| A Professional Corporation | 5875 S. Rainbow Blvd., #204 |
| 71 Washington Street | Las Vegas, NV 89118 |
| Reno, Nevada 89503 | |

By: /s/ Stefanie T. Sharp
    Stefanie T. Sharp, Esq.
    Nevada State Bar No.: 8661
    Robison, Belaustegui, Sharp & Low
    ssharp@rbsllaw.com
    *Attorneys for Defendants*

By: /s/ Sigal Chattah
    Sigal Chattah, Esq.
    Nevada State Bar No.: 8264
    Law Offices of Sigal Chattah
    chattahlaw@gmail.com
    *Attorney for Plaintiffs*

///
///
///
///
///
///
///

Case 2:11-cv-00504-GMN-PAL   Document 119   Filed 08/07/13   Page 3 of 3

**ORDER**

IT IS HEREBY ORDERED that the Amended Complaint, ECF 49, filed against Defendants, Stancorp Mortgage Investors LLC, an Oregon Limited Liability Company, Standard Insurance Company, an Oregon Corporation, and Standard Life Insurance Company of New York, a New York Stock Life Insurance Company be dismissed with prejudice and that Oden Wolfe is no longer a Plaintiff in this action.

The parties will each bear their own costs and attorney fees.

**IT IS SO ORDERED.**

_____
Gloria M. Navarro
United States District Judge

**DATED: 08/07/2013**